## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Guy Greene, *formerly known as*                              Civil No. 18-428 (DWF/DJF)
Ozhawaaskoo Giishig,

                              Petitioner,

                                                             **ORDER ADOPTING REPORT**
v.                                                           **AND RECOMMENDATION**

Jodi Harpstead, Tim Walz, Keith Ellison,
and Kevin Moser,

                              Respondents.


        The above matter comes before the Court upon the Report and Recommendation

("R&R") of Magistrate Judge Dulce J. Foster dated October 5, 2022.  (Doc. No. 13.)  The

R&R recommends that Petitioner Guy Greene's motion to amend and "motion to not

dismiss the action for failure to prosecute" be granted.  Additionally, the R&R

recommends that Greene's petition for writ of habeas corpus pursuant to 28 U.S.C.

§ 2241 be denied and that this action be dismissed without prejudice.  Finally, the R&R

recommends that the Court deny Greene's motion to appoint counsel.  Greene now files a

motion to dismiss the action without prejudice.  (Doc. No. 14.)  Greene does not appear

to object to the R&R.  Rather, Greene's request for dismissal without prejudice is entirely

consistent with the R&R's recommendation.

        The factual background for the above-entitled matter is clearly and precisely set

forth in the R&R and is incorporated by reference.  Based upon the R&R and upon all of

the files, records, and proceedings herein, the Court hereby adopts the R&R of Magistrate Judge Foster and denies Greene's motion to dismiss as moot.

### ORDER

Based upon the record before the Court, and the Court being otherwise duly advised in the premises, **IT IS HEREBY ORDERED** that:

1.      Magistrate Judge Dulce Foster's Report and Recommendation (Doc. No. [13]) is **ADOPTED**.

2.      Petitioner Greene's motion to amend (Doc. No. [5]) is **GRANTED** and the amended petition for writ of habeas corpus (Doc. No. [5-1]) is the operative pleading in the matter.

3.      Greene's amended petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. [5-1]) is **DENIED WITHOUT PREJUDICE**.

4.      Greene's motion to not dismiss for failure to prosecute (Doc. No. [9]) is **GRANTED**.

5.      Greene's motion to appoint of counsel (Doc. No. [10]) is **DENIED**.

6.      Greene's motion to voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) without prejudice (Doc. No. [14]) is **DENIED AS MOOT**.

7.      This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 1, 2022                    s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            United States District Judge